UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2018 SEP 11 P 3:33

STEPHEN C. DRIES
CLERK

UNITED STATES OF AMERICA,

Plaintiff,

v.

KARL TOSTENGARD,

Defendant.

Case No. 18-CR-
[18 U.S.C. § 1703(a)]

**18-CR-178**

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

1. On or about October 5, 2015, in the State and Eastern District of Wisconsin,

**KARL TOSTENGARD,**

being a United States Postal Service employee, did unlawfully open the contents of a first class letter, addressed as described below, which letter and its contents had come into his possession and was intended to be conveyed by mail.

2. The letter is more fully described as being addressed to an individual with the initials "B.A.," with a mailing address on Oak Grove in Waukesha, WI, and a return address on Thornridge Court in Brookfield, WI.

All in violation of Title 18, United States Code, Section 1703(a).

## COUNT TWO

THE GRAND JURY FURTHER CHARGES THAT:

1. On or about October 5, 2015, in the State and Eastern District of Wisconsin,

**KARL TOSTENGARD,**

being a United States Postal Service employee, did unlawfully open the contents of a first class letter, addressed as described below, which letter and its contents had come into his possession and was intended to be conveyed by mail.

2. The letter is more fully described as being addressed to an individual with the initials "B.A.," with a mailing address on Big Bend Road in Waukesha, WI, and a return address on Oakmont Place in Nipomo, CA.

All in violation of Title 18, United States Code, Section 1703(a).

## COUNT THREE

THE GRAND JURY FURTHER CHARGES THAT:

Between May 2015, and continuing until October 5, 2015, in the State and Eastern District of Wisconsin,

**KARL TOSTENGARD,**

being a United States Postal Service employee, secreted, detained, and delayed 20,307 pieces of mail which had come into his possession and which were intended to be conveyed by mail.

All in violation of Title 18, United States Code, Section 1703(a).

A TRUE BILL:

███████████

FOREPERSON

Date: Sept 11, 2018

MATTHEW D. KRUEGER
United States Attorney